fire claimed to have resulted from negligence in repair of electrical appliance.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ KENSINGTON REALTY, INC., Appellant, v. FREDERICK M. MARSHALL, Respondent.—Order insofar as appealed from unanimously affirmed, with $25 costs and disbursements. (Appeal by plaintiff from part of order of Erie Special Term affirming an order of Buffalo City Court dismissing plaintiff's complaint, in an action to recover real estate commissions.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of GEORGE COHEN, Appellant, v. ROBERT E. HERMAN, as Temporary State Rent Administrator, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: The order appealed from denying petitioner's application for an order prohibiting respondent from promulgating an order abolishing rent controls in the City of Rochester was entered on May 3, 1961. Thereafter and on the same day an order was made by respondent terminating such controls. This action was taken prior to the granting of a further stay by a Justice of this court. Although the order appealed from became academic by such administrative action of respondent we have considered the merits of the appeal. The order of Special Term was correct and should be affirmed. Application for a stay denied as academic. (Appeal from order of Monroe Special Term denying writ of prohibition and vacating the stay.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ (A) BETTY W. BRAMER, Appellant, v. JAMES D. BRAMER, Respondent. (B) JOHN CHULICK, Appellant, v. ALLIED CHEMICAL & DYE CORP., and DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY et al., Respondents. (Appeal as against D. L. & W. R. R. only.) (C) JOSEPH G. D'APRILE, Respondent, v. BUONOMO'S, INCORPORATED, Appellant, et al., Defendants. (D) CHARLES T. EPPOLITO et al., Respondents, v. CHARLES E. MEDLICOTT et al., Appellants. (E) LOHRE LYON et al., Appellants, v. E. SHERMAN MILLER et al., Respondents. (F) HAROLD E. POLLE, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (G) ALFRED J. ZWICK, Plaintiff, v. JEANNETTE E. ZWICK, Defendant. (H) JOANN V. AYLOR et al., Plaintiffs, v. NEWELL L. NUSSBAUMER et al., Defendants, and E. I. DU PONT DE NEMOURS & COMPANY, Defendant and Third-Party Plaintiff. HERBERT F. DARLING et al., Third-Party Defendants. (I) DOROTHY J. MATTESON, Plaintiff, v. CITY OF OSWEGO et al., Defendants, and E. I. DU PONT DE NEMOURS & COMPANY, Defendant and Third-Party Plaintiff. HERBERT F. DARLING et al., Third-Party Defendants. (J) RAY A. LONTHAIR, as Administrator, Plaintiff, v. MARGARET B. BACKUS, as Administratrix, Defendant.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) ROBERT F. CORNING et al., Respondents, v. LEHIGH VALLEY RAILROAD COMPANY et al., Appellants. (B) PAUL T. MYERS et al., Respondents, v. LEHIGH VALLEY RAILROAD et al., Appellants. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. ROHALY, Appellant. (W. Park Catchpole, Esq., for William Wright, Esq.) — [In each action] Order of substitution of attorneys entered.

■ (A) ANNA BOYCE, as Administratrix of the Estate of CECIL W. BOYCE, Deceased, Respondent, v. JOHNSTON PULP CORPORATION, Appellant, et al., Defendants. (B) ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. ROBERT HANSON, Appellant. (C) ELON J. FRAZIER, Appellant, v. MERCURY DIVISION-FORD MOTOR COMPANY et al., Respondents. (D) In the Matter of TERRANCE (ROBERT) HALLINAN, Respondent. (E) In the Matter of CATHERINE C. W. TROST, as Executrix of MAUDE W. MICHAELSON, Deceased.— [In each action] Motion granted and appeal dismissed.